IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID WAYNE CASSADY ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 4:08-CV-250-WTM-GRS |
| BRIAN OWENS, *et. al.* ) | |
| ) | TIME SENSITIVE MOTION |
| Defendants ) | |

**UNOPPOSED MOTION TO EXTEND DISCOVERY PERIOD**

Plaintiff hereby moves to extend the discovery period for a period of 60 days. As grounds for this Motion, Plaintiff shows the Court that he just today arranged for counsel in this case. Plaintiff has been trying, unsuccessfully, to find counsel since before he filed his Complaint [Doc. 46]. Now that Plaintiff has counsel, counsel will have to meet with Plaintiff, review the case file and discovery that has been conducted to date, and determine what, if any, additional discovery should be conducted. It is impossible to complete theses tasks within the remaining four days of discovery under the current schedule. This situation is exacerbated on account of Plaintiff's being incarcerated and counsel must obtain permission from Defendants even to meet with Plaintiff.[1]

---

[1] Counsel called Augusta State Medical Prison over the weekend to ask to meet with Plaintiff and was told he would have to discuss that with Plaintiff's prison

-1-

No previous extensions of the discovery period have been sought or granted in this case.

Counsel for Defendants has been consulted and Defendants do not oppose this Motion.

                                      JOHN R. MONROE,
                                      ATTORNEY AT LAW

                                      ___/s/ John R. Monroe_____
                                      John R. Monroe
                                      Georgia State Bar No. 516193

9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318

                                      ATTORNEY FOR PLAINTIFF

---

counselor during business hours.  Counsel left a message with Plaintiff's prison counselor, Billy Garrison, first thing today but has not yet received a response.

-3-

## CERTIFICATE OF SERVICE

I certify that on February 1, 2010, I filed the foregoing using the ECF system, which automatically will email a coy to:

Laronica K. Lightfoot, Esq.
llightfoot@law.ga.gov

                                              /s/ John R. Monroe
                                              John R. Monroe