FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAR 22 PM 3:38

CLERK B.W
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

DAVID DWAYNE CASSADY, )
)
    Plaintiff, )
v. ) Case No. CV408-250
)
BRIAN OWENS, *Commissioner of* )
*the Georgia Department of Corrections*; )
JAMES E. DONALD; THALRONE )
WILLIAMS, *Warden*; GREGORY )
THOMAS, *Deputy Warden*; and )
JAMES DEAL, *Deputy Warden*, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 21ST day of MARCH, ~~2010.~~ 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA