FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 AUG 20 AM 11:18

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID DWAYNE CASSADY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV408-250
)
BRIAN OWENS, Commissioner of )
the Georgia Department of )
Corrections; JAMES E. DONALD; )
THALRONE WILLIAMS, Warden; )
GREGORY THOMAS, Deputy Warden; )
and JAMES DEAL, Deputy Warden; )
)
    Defendants. )
)

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal. (Doc. 155.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. All pending motions in this case are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of August 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA